UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY EWALD,

          Plaintiff,

  v.

DAVID FLYNN, *et al.*,

          Defendants.

CASE NO. 3:19-CV-05820-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment, Dkt. 18, is **GRANTED**; and

(3)     The Clerk shall enter JUDGMENT and close this case. Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal.

\

\

\

ORDER - 1

Dated this 22nd day of September, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge